HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for the Defendant
JOSE RODRIGUEZ ESPINOZA, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>         Plaintiff, <br><br> v. <br><br> JOSE RODRIGUEZ ESPINOZA, JR. <br><br>         Defendant. | CASE NO.  1:21-CR-00015 DAD <br><br> STIPULATION TO RESCHEDULE STATUS CONFERENCE; FINDINGS AND ORDER <br><br> DATE:   June 24, 2022 <br> TIME:   2:00 p.m. |

--

**STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for defendant JOSE RODRIGUEZ ESPINOZA, JR:

1. By previous order, this matter was set for status conference on June 24, 2022 at 2:00 p.m.  On June 16, 2022, the parties were directed to file a joint status report. ECF Dckt. 13.

2. By this stipulation, the parties now move to reschedule the status conference to **June 21, 2022 at 2:00 p.m.** before the duty magistrate judge for an admission hearing.

IT IS SO STIPULATED.

1

DATED: June 16, 2022

*/s/Griffin Estes*
GRIFFIN ESTES
Counsel for Defendant
JOSE RODRIGUEZ ESPINOZA, JR

DATED: June 16, 2022

*/s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Counsel for Plaintiff

# O R D E R

Pursuant to stipulation of the parties, the Status Conference currently noticed for 6/24/2022 is ADVANCED, and converted to an ADMISSION HEARING, for hearing on **June 21, 2022 at 2:00 p.m.** before the duty magistrate judge.

IT IS SO ORDERED.

Dated: **June 17, 2022**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2