HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for the Defendant
JOSE RODRIGUEZ ESPINOZA, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>JOSE RODRIGUEZ ESPINOZA, JR.<br><br>                        Defendant. | CASE NO.  1:21-CR-00015 JLT<br><br>STIPULATION TO RESCHEDULE STATUS CONFERENCE; [PROPOSED] FINDINGS AND ORDER<br><br>DATE:   January 11, 2024<br>TIME:    2:00 p.m. |
|---|---|

**STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for defendant JOSE RODRIGUEZ ESPINOZA, JR:

1. By previous order, this matter was set for status conference on January 18, 2024 at 2:00 p.m.

2. By this stipulation, the parties now move to reschedule the status conference to **January 11, 2024 at 2:00 p.m.** for an admission hearing.

IT IS SO STIPULATED.

1

1  DATED:    January 5, 2024

2
3                            */s/Griffin Estes*
             GRIFFIN ESTES
             Counsel for Defendant
4            JOSE RODRIGUEZ ESPINOZA, JR

5  DATED:    January 5, 2024

6
7                            */s/ Justin Gilio*
             JUSTIN GILIO
             Assistant United States Attorney
8            Counsel for Plaintiff

9

10                         **O R D E R**

11

12     For good cause shown and by the parties' stipulated agreement, it is HEREBY ORDERED
13 that the status conference currently scheduled for January 18, 2024, is reset for January 11, 2024, at
14 2:30 PM for an admission hearing.

15 IT IS SO ORDERED.

16     Dated:   **January 5, 2024**                    _____
17                                           UNITED STATES MAGISTRATE JUDGE

2